

"UNDER SEAL"

FILED
CHARLOTTE, NC
SEP 19 2017
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:17-cr-272-RJC |
| ) | |
| v. ) | **ORDER SEALING BILL OF** |
| ) | **INDICTMENT AND OTHER** |
| DONTARIUS MARQUIS HALL ) | **DOCUMENTS** |
| ) | |

UPON MOTION of the United States of America for an order directing that the Bill of Indictment, the Arrest Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Bill of Indictment, the Arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office via email to Steven.Kaufman@usdoj.gov.

SO ORDERED this 19th day of September 2017.

_____
THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE